UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE MACK, | No. 2:14-cv-01665-KJM-DAD |
| Plaintiff, | |
| v. | CONSENT ORDER |
| DEARBORN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 to 100, | |
| Defendant. | |

WHEREAS, Plaintiff LEANNE MACK ("Plaintiff") filed her Complaint in this matter for long term disability benefits under the Employee Retirement Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001, *et. seq.*;

WHEREAS, Defendant Dearborn National Life Insurance Company ("Dearborn") denies the allegations contained in the Complaint;

WHEREAS Dearborn provides claim administration services to Leanne Mack's employer and provides long-term disability insurance to eligible participants in accordance with the Long-Term Disability policy underwritten by Dearborn;

WHEREAS, the Plaintiff and Defendant seek to resolve the issues now joined in this matter on the merits and expediently;

WHEREAS, the parties have reported that Plaintiff's claim for own occupation disability benefits has been fully and finally resolved pursuant to the terms of a confidential settlement agreement;

WHEREAS, nothing herein shall be deemed to alter or adversely affect plaintiff's right to seek further long term disability benefits in accordance with the terms of the Plan; and

WHEREAS the parties now jointly submit this Consent Order for approval of and entry by the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Complaint of Plaintiff LEANNE MACK is hereby dismissed without prejudice and without fees and costs with respect to any and all claims for continuing long term disability benefits under the any occupation definition of disability;

2. This case shall be remanded to Dearborn for determination of plaintiff's eligibility for receipt of long-term disability benefits under the any occupation portion of the long-term disability policy at issue. In making this determination Dearborn shall possess the right to conduct an independent medical examination of plaintiff and shall consider any and all medical records currently in its possession and any additional records submitted by plaintiff covering medical care for the period of time from January 2, 2013 to September 30, 2015 in addition to any other usual activities it would undertake to evaluate such a claim; and

3. This Court will retain jurisdiction for the purposes of enforcing the agreement between the parties concerning the settlement and resolution of plaintiff's claim for her own occupation long term disability benefits.

IT IS SO ORDERED.

DATED: September 16, 2015.

_____
UNITED STATES DISTRICT JUDGE